NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC.,**
*Plaintiffs-Appellees*

**v.**

**NORWICH PHARMACEUTICALS INC.,**
*Defendant-Appellant*

---

2023-1374

---

Appeal from the United States District Court for the District of New Jersey in No. 2:20-cv-08966-SRC-CLW, Judge Stanley R. Chesler.

---

**JUDGMENT**

---

EDGAR HAUG, Haug Partners LLP, New York, NY, argued for plaintiffs-appellees. Also represented by KAITLIN FARRELL, PORTER F. FLEMING, SHEILA MORTAZAVI, ANDREW SCOTT ROPER.

CHAD A. LANDMON, Axinn, Veltrop & Harkrider LLP, Hartford, CT, argued for defendant-appellant. Also represented by THOMAS K. HEDEMANN, EDWARD M. MATHIAS,

FRANCIS H. MORRISON, III; JASON MURATA, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, MAYER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2023           /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court